No. 81–166. RASKY *v.* DEPARTMENT OF REGISTRATION AND EDUCATION OF ILLINOIS ET AL. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 81–5101. BARNETT *v.* TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 80–1960. WILLSON *v.* STATE PERSONNEL BOARD, DEPARTMENT OF GENERAL SERVICES OF CALIFORNIA. Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of substantial federal question.

No. 80–6743. IVORY ET AL. *v.* WAINWRIGHT, CORRECTIONS SECRETARY, ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 80–1977. MASON *v.* ABRAMS, ATTORNEY GENERAL OF NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 80–1992. BARTH *v.* FINLEY, CLERK, CIRCUIT COURT OF COOK COUNTY. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.